**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**AIKEN DIVISION**

| | | |
|---|---|---|
| Darryl Keith Louis, Jr., | ) | |
| Plaintiff, | ) | Civil Action No. 1:25-2958-BHH-SVH |
| | ) | |
| v. | ) | |
| | ) | **ANSWER TO AMENDED COMPLAINT** |
| Joel Anderson, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Defendant Joel Anderson answers the Plaintiff's Amended Complaint herein as follows:

**FOR A FIRST DEFENSE**

1. The Defendant denies each and every allegation of the Plaintiff's Amended Complaint not hereinafter specifically admitted, qualified, or explained.

2. The allegations set forth the "Statement of Claim" section of the Plaintiff's Amended Complaint as to the substantial burden placed on the Plaintiff's religious exercise are denied. The Defendant further denies any alleged violation of the Plaintiff's First Amendment rights and his pursuant to the Religious Land Use and Institutionalized Persons Act of 2000 (RLUIPA).

3. The Defendant denies the allegations and relief sought as set forth in the prayer of the Plaintiff's Amended Complaint.

**FOR A SECOND DEFENSE**

4. The Plaintiff's claims are, in whole or in part, barred or limited by application of the Prison Litigation Reform Act, including 42 U.S.C. § 1997e(e).

**FOR A THIRD DEFENSE**

5. The Plaintiff has failed to properly and completely exhaust his administrative remedies as required under the Prison Litigation Reform Act.

**FOR A FOURTH DEFENSE**

6. The Plaintiff's claims are not ripe for adjudication.

**FOR A FIFTH DEFENSE**

8. The Plaintiff's claims are, in whole or in part, barred by the doctrine of mootness.

**FOR A SIXTH DEFENSE**

7. The Amended Complaint, in whole or in part, fails to state a cause of action upon which relief may be granted. The Defendant reserves his right to file a motion pursuant to Rule 12(b)(6), FRCP, and/or Rule 12(c), FRCP.

**FOR A SEVENTH DEFENSE**

8. The Defendant, in his official capacity, is not a "person" amenable to suit pursuant to 42 U.S.C. § 1983.

**FOR AN EIGHTH DEFENSE**

9. The Plaintiff's claims are, in whole or in part, barred by the doctrine of laches.

WHEREFORE, having fully answered the Plaintiff's Amended Complaint, the Defendant Joel Anderson prays that the Amended Complaint be dismissed with prejudice; for the costs of this action; and for such other and further relief as the Court deems just and proper.

LINDEMANN LAW FIRM, P.A.

BY: *s/ Andrew F. Lindemann*
ANDREW F. LINDEMANN #5070
5 Calendar Court, Suite 202
Post Office Box 6923
Columbia, South Carolina 29260
(803) 881-8920
Email: andrew@ldlawsc.com

*Counsel for Defendant Joel Anderson*

June 12, 2025