**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**AIKEN DIVISION**

| | | |
|---|---|---|
| Darryl Keith Louis, Jr., Plaintiff, v. Joel Anderson, Defendant. | ) | Civil Action No. 1:25-2958-BHH-SVH **CERTIFICATE OF SERVICE** |

The undersigned employee of Lindemann Law Firm, P.A., counsel for the Defendant Joel Anderson, does hereby certify that service of the **Memorandum in Opposition to Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order** in the above-captioned matter was made upon the *pro se* Plaintiff by placing a copy in the United States Mail, first class postage prepaid, at the below listed address clearly indicated on said envelope this the 14th day of July 2025 as follows:

Darryl Keith Louis, Jr., #279494
Wateree Correctional Institution
Post Office Box 189
Rembert, South Carolina 29128

*s/ Andrew F. Lindemann*