**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**AIKEN DIVISION**

| | | |
|---|---|---|
| Darryl Keith Louis, Jr., | ) | |
| | ) | Civil Action No. 1:25-2958-BHH-SVH |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| Joel Anderson, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The undersigned employee of Lindemann Law Firm, P.A., counsel for the Defendant Joel Anderson, does hereby certify that service of the **Defendant's Objections to the Report and Recommendation** in the above-captioned matter was made upon the *pro se* Plaintiff by placing a copy in the United States Mail, first class postage prepaid, at the below listed address clearly indicated on said envelope this the 27th day of October 2025, as follows:

Darryl Keith Louis, Jr., #279494
Trenton Correctional Institution
84 Greenhouse Road
Trenton, South Carolina 29847

*s/ Andrew F. Lindemann*