**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**AIKEN DIVISION**

| | | |
|---|---|---|
| Darryl Keith Louis, Jr., | ) | Civil Action No. 1:25-2958-BHH-SVH |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF MOTION AND** |
| | ) | **MOTION TO DISMISS OR** |
| Joel Anderson, | ) | **ALTERNATIVELY FOR SUMMARY** |
| | ) | **JUDGMENT** |
| Defendant. | ) | |
| | ) | |

TO:    DARRYL KEITH LOUIS, JR., *PRO SE* PLAINTIFF

YOU WILL PLEASE TAKE NOTICE that the undersigned attorney for the Defendant Joel Anderson will move before the United States District Court for the District of South Carolina, Aiken Division, for an Order, pursuant to Rule 12(b)(1) and/or Rule 56, FRCP, dismissing the Amended Complaint without prejudice or otherwise granting summary judgment to the Defendant.

The Defendant's motion is based on the grounds set forth in the supporting memorandum filed herewith.

The Defendant's motion is based upon the pleadings filed in this case; the supporting memorandum filed herewith; SCDC Policy PS-12.05 titled "Inmate Religion" including the Al-Islam (Muslim) section of Handbook (attached); the rules of court; and any other matters as may be allowed by the Court.

1

LINDEMANN LAW FIRM, P.A.


BY:   *s/ Andrew F. Lindemann*

     ANDREW F. LINDEMANN      #5070

     5 Calendar Court, Suite 202

     Post Office Box 6923

     Columbia, South Carolina 29260

     (803) 881-8920

     Email: andrew@ldlawsc.com

*Counsel for Defendant Joel Anderson*

November 10, 2025