

# SCDC POLICY

**CHANGE 5 TO PS-10.05: 2; 18.4**

**CHANGE 4 TO PS-10.05: 14**

**CHANGE 3 TO PS-10.05: 14**

**CHANGE 2 TO PS-10.05: Handbook - 15; 1**

**CHANGE 1 TO PS-10.05: Handbook**

**NUMBER: PS-10.05**

**TITLE: INMATE RELIGION**

**ISSUE DATE:   August 6, 2015**

**RESPONSIBLE AUTHORITY:  DIVISION OF INMATE SERVICES**

**OPERATIONS MANUAL:PROGRAM SERVICES**

**SUPERSEDES: PS-10.05 (May 1, 2011); (July 1, 2007); (June 1, 2002)**

**RELEVANT SCDC FORMS/SUPPLIES: 9-11, 15-20A, 16-24, 19-11, 19-29A, 26-6, 26-7, 26-8, 26-45**

**CXACA/CAC STANDARDS: 4-ACRS-4A-03, 4-ACRS-4C-21, 4-ACRS-7D-15, 4-ACRS-5A-22, 4-4319, 4-4395, 4-4425, 4-4428, 4-4512, 4-4513, 4-4514, 4-4515, 4-4516, 4-4517, 4-4518, 4-4519, 4-4520, 4-4521**

**STATE/FEDERAL STATUTES:** South Carolina Code of Laws, Section 1-32-10, et seq., as amended; S.C. Code §24-27-500; 42 U.S.C. §2000cc, et seq

**PURPOSE:** To provide guidelines in the development and monitoring of a religious program which will ensure that the constitutional guarantees of religious freedom for inmates are protected within the limitations of security and safety necessary to be maintained in a correctional setting.

**POLICY STATEMENT:** Within the limitations imposed on the Agency as a result of its safety and security needs, the South Carolina Department of Corrections (SCDC) will be committed to upholding and facilitating the constitutional rights afforded inmates to religious freedom. Inmates will be given the opportunity to practice their religious faith to the extent that such practice does not interfere with the security and safety of the institution, staff, or others. The South Carolina Department of Corrections will provide necessary programs to facilitate the practice of any recognized religion based on inmate request, need, and available resources. (4-ACRS-5A-22, 4-4517)

---

## TABLE OF CONTENTS

1.  **CHAPLAIN ASSIGNMENT, QUALIFICATIONS, AND RESPONSIBILITIES**
2.   **INSTITUTIONAL REQUIREMENTS**
3.  **REGULATION OF RELIGIOUS ACTIVITIES**
4.  **OFFICIAL RECOGNITION OF FAITH GROUPS**
5.  **LIMITATIONS ON RELIGIOUS PRACTICE**
6.  **MARRIAGE**

SCDC (20819)-001

PS-10.05, "Inmate Religion"

7.  **INMATE LEADERSHIP**
8.  **CLERGY VISITATION**
9.  **SPECIAL RELIGIOUS OBSERVANCES - HOLY DAYS**
10. **RELIGIOUS MATERIALS**
11. **RELIGIOUS MATERIALS FOR INMATES IN RESTRICTED HOUSING  UNITS**
12. **DIETS, FASTS, SPECIAL HOLY DAY MEALS**
13.  **GUIDELINES FOR THE USE OF FOOD IN RELIGIOUS PROGRAMS**
14. **DEATHS AND MEDICAL EMERGENCIES OF INMATES OR THEIR FAMILIES**
15. **CHAPLAINS SUPPORTED BY COMMUNITY RESOURCES**
16. **VOLUNTEER CHAPLAIN'S ASSISTANTS**
17. **CHAPLAIN APPRENTICES**
18. **SPECIAL FUNDS ACCOUNT**
19. **CHAPEL CONSTRUCTION**
20. **DEFINITIONS**
21. **HANDBOOK OF RELIGIOUS PRACTICE**

**SPECIFIC PROCEDURES:**

**1. CHAPLAIN ASSIGNMENT, QUALIFICATIONS, AND RESPONSIBILITIES:**

**1.1  Assignment -** Assignment of institutional Chaplains will be based on the size of the inmate population, as follows:

- A Chaplain will be employed in institutions with a population of 500 inmates or more.  A second Chaplain may be employed in institutions of 660 or more inmates depending upon the institutional mission and the availability of funding for positions. **(4-ACRS-5A-22,4-4513)**
- The Chief, Pastoral Care Services Branch, will submit requests for Chaplain positions through the Division Director of Inmate Services, to the *Deputy* Director for Program*s* and Services.

**1.2  Qualifications** - The following qualifications will be required of all Chaplains serving in institutions:

- a Master of Divinity degree or equivalent from a seminary accredited by the Association of Theological Schools; *or, for Muslim Chaplains, the equivalent of a Master of Divinity degree from an accredited theological school and one (1) year of formal ministry experience in the Islamic Faith; or a Bachelor's degree in Religious Service with the completion of at least three (3) years of Islamic Religion Studies, including Islamic History, the Holy Quran, Principles of Faith and Articles of Faith in any Masjid or college, and three (3) years of formal ministry experience in the Islamic Faith.  (NOTE:  Candidate must present an acceptable formal written statement of Endorsement of approval from the Candidate's religious body of ministry in a correctional setting).*
- four (4) unit*s* of Clinical Pastoral Education from a*n accredited* program;
- one (1) to four (4) years of ministry experience depending on the level of the position announced; and
- Ordination (or equivalent for faiths other than Christian) and endorsement by the appropriate religious certifying body. **(4-4512)**

**1.3** Responsibilities **-** Specific responsibilities of the institutional Chaplain include the following:

**1.3.1** Coordinate all religious program activities with the Warden/designee, including the following:

- all regular and one-time group recognized religious services;
- the acceptance of any donations of cash, equipment, materials, or supplies;
- the management of all donations; and
- ensure that religious programs reflect the cultural and ethnic diversity of the inmate population.

SCDC (20819)-002

**1.3.2** Survey the religious program needs of inmates annually.

**1.3.3** Conduct and/or coordinate worship services. Chaplains will be present to conduct the primary worship service.

**1.3.4** Conduct and/or coordinate religious education classes.

- Lead at least one (1) religious education class annually.
- Teach at least one (1) life skills class annually.

**1.3.5** Provide pastoral counseling and visitation, to include the following:

- Regularly visit inmates in their housing and work areas, with special attention to restricted areas.
- Lead at least one (1) pastoral counseling group annually.

**1.3.6** Recruit, orient, and supervise representatives of various community faith groups to assist in providing needed religious services. All religious volunteers will be supervised by the Chaplain and will serve to extend the direct services provided by the Chaplain.

**1.3.7** Notify inmates of deaths or medical emergencies of family members and notify family members of the deaths and medical emergencies of inmates. If possible, permission for notification will be obtained from the inmate prior to the need. (An on-call system will be established by the Chaplain to respond to these calls during off-duty hours.) **(4-ACRS-4C-21, 4-ACRS-7D-15, 4-4395, 4-4425, 4-4514, 4-4516, 4-4518, 4-4519, 4-4521)**

**1.3.8** Chaplains will assist SCDC employees with pastoral care in emergency/crisis situations to include pastoral visits. Chaplains will be responsible for assisting with the notification of family members/designated emergency contact of an employee in the event of a serious injury or death in accordance with SCDC Policy/ Procedure ADM-11.38, "Employee Deaths, Catastrophic Injuries, and Survivor Assistance."

**1.3.9** Maintain records of religious participation and volunteer activity and provide all required reports. SCDC Form 26-45, "Pastoral Care Services Monthly Report," will be submitted within seven (7) working days after the end of each month.

**1.3.10** Ensure that the religious freedom of inmates is protected. Chaplains will seek to respond to all religious requests in a fair and impartial manner. Chaplains, the volunteers, or inmate teachers they supervise must follow the guidelines for religious freedom for all faith groups equally, which include the following:

- No disparaging remarks about another faith.
- No sectarian teaching in a generic religious activity such as a Protestant Bible study. The Chaplain and religious volunteers are responsible to teach those doctrines that are generally held by the community faith groups.
- No religious teaching that promotes racial bias.
- Participation in all religious programs is voluntary.

## 2. INSTITUTIONAL REQUIREMENTS - Institutions will provide Chaplains the following:

- An office for employed Chaplains that ensures privacy for counseling; (4-4428)
- Space and equipment adequate to conduct worship and religious education programs;
- Clerical support and equipment, to include a computer with internet, intranet, CRT, and printer capability, *and $400 in State Funds support for office supplies* to meet the administrative needs of the religious program; and **(4-4520)** (Changes in RED amended by Change 5, dated August 22, 2018);
- Access to areas of the institution necessary to minister to inmates and staff as requested and appropriate. **(4-4515)**

3/50

## 3. REGULATION OF RELIGIOUS ACTIVITIES:

**3.1** All SCDC inmates will have access to religious programs.

**3.2** Religious activities may be limited by concerns for the safety of volunteers, staff, and inmates. Inmates in secure and restricted areas will not be allowed to leave their areas for religious programs. Although the goal when scheduling religious services will be to allow reasonable equal access to all faith groups, a Warden may limit the number of inmate participants in any religious activity for reasons of safety and security. If a religious activity is to be canceled by security, the shift Supervisor will notify the Chaplain and complete SCDC Form 19-29, "Incident Report." Copies will be sent to the Chaplain and the Chief, Pastoral Care Services.

### 3.3 Worship Services:

**3.3.1** Worship services will be scheduled to allow inmate believers the opportunity to share with others of similar belief the essential expressions of their faith. These services often include prayer, singing, sacraments, preaching, and sacramental type activities.

**3.3.2** There must be at least three (3) inmate members of a faith group to schedule a worship service.

**3.3.3** When space is limited, faith groups which share common beliefs will be consolidated into a single meeting, and all participants will avoid sectarian or denominational teaching that is not included in the common belief.

**3.3.4** No faith group will have more than two (2) weekly one (1) hour worship services. (More services may be scheduled to accommodate work crew inmates who are unable to attend regular services.)

**3.3.5** Worship services will be open to the general population, unless specified in the Handbook of Religious Practice (hereafter referred to as the Handbook).

**3.3.6** Any person conducting a worship service must complete SCDC Form 26-6, "Report of Religious Activity," and submit it to the institutional Chaplain. All volunteers must be approved prior to conducting a worship service.

### 3.4 Study Groups:

**3.4.1** SCDC recognized and approved study groups will be scheduled to allow inmates an opportunity to learn beliefs and practices of their faith.

**3.4.2** There must be at least three (3) inmate members of the faith group to schedule a study group.

**3.4.3** When space is limited, faith groups which share common beliefs will be consolidated into a single meeting, and all participants will avoid sectarian or denominational teaching that is not included in the common belief.

**3.4.4** Study groups will be limited to 12 weeks. All study group leaders must either be a registered volunteer or a Chaplain approved inmate study group leader. These leaders must submit the following information to the Chaplain for approval before the study group will be scheduled to begin:

- title of the study;
  - learning objectives;
  - outline of the approved sessions;
  - and materials/resources to be used.

**3.4.5** Study groups may teach the basic tenets/fundamental beliefs and practices of their faith. Any basic tenets or fundamental beliefs and practices that promote or create divisiveness and/or violence must not be

included in the study. The leader of the study group will not make or allow disparaging remarks about other racial, ethnic, or religious groups.

**3.4.6** The usual guideline is that no more than two (2) study groups per week will be allowed to meet. Each study group will not usually exceed two (2) hours. The Warden may, in consultation with the institutional Chaplain, place limitations on the number of group meetings in order to meet the operational and/or production needs of the facility.

**3.4.7** Study groups will be open to the general population unless designated by the Chaplain or specified in the Handbook.  An inmate may only be on the out-count(s), or roster(s) of one Faith's Study group(s) at any one time.

**3.4.8** Any person conducting a study group must complete SCDC Form 26-6, "Report of Religious Activity," and submit it to the institutional Chaplain.  All volunteers must be approved prior to conducting any study groups.

**3.4.9** An inmate who has disruptive behavior or three (3) consecutive, unexcused absences will be suspended pursuant to section 12.2.2.

## 4. OFFICIAL RECOGNITION OF FAITH GROUPS:

**4.1**   A request for recognition of a faith will be made in writing by an inmate to the Chaplain. *For general population inmates, the RTSM should be entered through the Inmate Kiosk. Inmates in RHU/SSR, Death Row, Sheltered Housing Unit (SHU), Medical/Infirmary and R&E beds will continue to use the SCDC Form 19-11, "Request to Staff Member" (RTSM).*  The request will include official written information about the beliefs of the faith and the practices that are requested, including meeting times, holy days, worship needs, religious education needs, religious symbols, and any special practices or observances that require physical participation or special equipment (such as baptism by immersion). Official recognition of a faith group will in part be contingent on whether there is a body of literature stating religious principles that support the practices and whether the practices are recognized by a group of persons who share common ethical, moral, or intellectual views.

**4.2**   The institutional Chaplain will meet with the inmate(s) who made the request and discuss all the information about the faith and its practice. When deemed necessary by the Chaplain, the inmate(s) will be asked to complete a "Religious Information Fact Sheet" (available from the Chief, Pastoral Care Services Branch) which will provide additional information about the religious practice of the inmate(s).

**4.3**   The Chaplain will confer with the Warden and submit a written report to the Chief, Pastoral Care Services Branch, which will include their assessment of the need for recognition of the faith and any institutional problems with the management of the requested practices.

**4.4**   The Chief, Pastoral Care Services Branch, will evaluate the request and recommendations and submit a written recommendation to the Agency Director.

**4.5**   If the request is approved by the Agency Director, guidelines will be published in a Handbook of Religious Practice (hereafter identified as the Handbook) that will include information about the beliefs and practices of the faith and describe the practices that will be allowed in institutions. **NOTE: The Handbook is Appendix A.**

**4.6**   Requests for specific religious practice will be managed on an individual basis. Inmates who are members of widely recognized faith groups will make their request known to the institutional Chaplain who will consult with the Chief, Pastoral Care Services Branch, in responding to the request. These requests will be approved or disapproved by memorandum. If the faith group is not widely recognized, the full process of recognition will be required.

PS-10.05, "Inmate Religion"

**4.7** Recognized faith groups that request a revision of either the beliefs and/or practices as listed in the <u>Handbook</u> will submit the proposed change/request to the Chaplain at his/her institution with a complete description of the requested revision and supporting information from official written documents. The request will be reviewed by the Chaplain and forwarded to the Chief, Pastoral Care Services along with the recommendation of the institutional Chaplain. The request will be considered at the time of the policy's annual review.

**5. LIMITATIONS ON RELIGIOUS PRACTICE:** There will be limitations on religious practices that create a danger to the safe order of the correctional community.

**5.1** Any religious group that claims a racial bias will not be allowed group practice.

**5.2** Religious literature that includes writing or pictures that are racially inflammatory or support a belief in racial superiority will not be allowed.

**5.3** Any practice that requires dangerous objects that could be used as potential weapons, such as a knife for animal sacrifice, will not be allowed.

**5.4** Any practice that includes the use of illegal drugs such as marijuana or peyote will not be allowed.

**5.5** Any other questions about limiting practice should be referred to the Chief, Pastoral Care Services Branch.

**6. MARRIAGE:**

*6.1* Marriage will be considered the personal business of inmates, and no assistance will be provided by a Chaplain or any SCDC employee.

**7. INMATE LEADERSHIP:**

**7.1** Inmates will be allowed to conduct group religious activity only with the prior approval of the institutional Chaplain and the Warden/designee. Inmates who were previously ordained, or equivalent status, will not be given special recognition and will only be allowed to conduct religious services with the required approvals.

**7.2** Inmates will only be approved to conduct services when no Chaplain or approved volunteer of the faith is available. The institutional Chaplain will require an inmate who leads a worship service to provide an outline of the sermon in advance for approval. The institutional Chaplain will require an inmate who leads a religious education class to provide the information in section 3.4.4 in advance for approval. If a faith group fails or refuses to provide the requested information, the activity will be suspended until the information is provided and approved. If an individual inmate fails or refuses to provide the requested information, s/he will be suspended from leading religious activities.

**7.3** Inmates who are approved to lead a religious activity may not abuse the privilege by disparaging the beliefs and practices of other faith groups. Any inmate found to be disparaging the beliefs of others will not be authorized to lead future religious activities and may be subject to disciplinary action pursuant to SCDC inmate disciplinary procedures.

**7.4** No inmate will solicit funds from religious groups or individuals for any reason.

**8. CLERGY VISITATION** :

**8.1** Official representatives (herein referred to as clergy) of all faith groups will be authorized a personal visit with inmates of their faith group. Clergy must receive advance approval for the visit through the institutional Chaplain who will ensure that the Warden/designee and the front gate personnel are notified. *Volunteer Services must obtain an NCIC report to ensure PREA compliance.* Pastoral visits will normally occur between the hours of 9:00 AM and 3:00 PM, Monday through Friday. In some situations, clergy can be approved to visit after normal business hours. **(4-4518)**

6/50

**SCDC (20819)-006**

PS-10.05, "Inmate Religion"

**8.2**  The Chaplain is responsible for verifying the credentials of the clergy and ensuring that the inmate is available for the pastoral visit.

**8.3**  Clergy approved for visitation will be required to abide by the following procedures when visiting with inmates:

- Clergy will normally be limited to an hourly visit one (1) time per week.
- Clergy will be required to abide by the rules and regulations established for visitation as outlined in SCDC Policy/Procedure OP-22.09, "Inmate Visitation" and with all of the rules as outlined in PS-10.04, "Inmate Volunteer Services."
- Clergy will not be allowed to visit inmates who may be members of their family without going through the SCDC visitation approval process outlined in SCDC Policy/Procedure OP-22.09, "Inmate Visitation." In these cases, clergy will be classified as "general visitors" and will be required to visit with their family member on the inmate's scheduled general visiting day.

**8.4**  A SCDC Chaplain acting in the capacity of his/her community church will be permitted to have a pastoral visit with an inmate with the following stipulations:

- Obtain approval from the Warden at each institution;
- With his/her Associate Warden, determine if work hours will be adjusted, annual leave used, or if the visit will occur on a regular day off;
- Memorandum stating that the visiting cleric is an SCDC Chaplain;
- Must sign in and out as any other cleric by using identification (e.g., Driver's License) other than SCDC Badge (must use a visitor's badge);
- Required to abide by the rules and regulations established for visitation as outlined in SCDC Policy/Procedure OP-22.09, "Inmate Visitation."

## 9. SPECIAL RELIGIOUS OBSERVANCES - HOLY DAYS:

Inmates will be allowed to celebrate religious days with special worship services and other observances. Specific guidelines will be published in the <u>Handbook</u>.  Inmates will normally not be allowed to avoid work on any day for religious reasons, but work supervisors are encouraged to honor requests for religious participation, and to allow inmates to work alternative hours when possible to make up any hours missed. (Specific allowances to miss work will be listed in the <u>Handbook</u>.)

## 10. RELIGIOUS MATERIALS:

**10.1**  The Chaplain or volunteer coordinator:

- Will determine what religious material will be displayed and offered to the inmates.
- Will determine what religious material will be in the Chapel library, to include electronic media.
- Will forward questionable religious literature to the Chief of Pastoral Services for review.
- Will have all packages inspected by institutional procedures prior to receiving them.
- Will follow copyright laws and secure license, or approval for use of copyrighted materials.
- Will ensure that literature will not be brought or mailed into an institution that disparages the faith of others.

**10.2**  All electronic media of a religious nature will be sent by the mail room, after being inspected, to the institutional Chaplain. The Chaplain will verify the religious content of the material and may use the media in religious programs, both with groups and individuals. If an inmate has access to a media player, the media can be checked out for personal use. In other cases, the media can only be used in the chapel or Chaplain's office area.

**10.3**  Inmates in general population may receive, and retain single copies of religious writings for their personal use. These can include scripture books, study materials, tracts, and dictionaries related to their faith. Inmates cannot receive multiple copies of religious writings that could be distributed to others.  ***Inmates may not possess***

7/50

**SCDC (20819)-007**

PS-10.05, "Inmate Religion"

*more than 10 books/magazines/photo albums as specified in SCDC Policy OP-22.03, "Authorized Inmate Property and Disposition of Unauthorized Property".*

**10.4**  Inmates will be allowed to have a religious necklace appropriate to their faith (medallions, crucifixes, etc.) Inmate*s* are also allowed to have prayer beads appropriate to their faith (rosaries, chanting beads, etc.). Such items may only be worn by inmates during religious services. At other times, these items will be kept in the inmate's room or carried in the pocket while moving to and from a religious service. These religious items cannot be made of precious metals or be inset with precious stones, and their size and construction cannot be a risk to the safety of others. The Warden may prohibit possession by an inmate of any item s/he deems may pose a security or safety threat to the facility, staff, or others.

**10.5**  Volunteers will be allowed to bring in religious materials and equipment needed for use in their religious activity (i.e., Bibles, sound equipment, laptops and appropriate study books, musical instruments, song books, etc.), with Warden/designee approval. All material and equipment must be taken out of the institution after the activity unless approved in advance by the Warden/designee.

## 11. RELIGIOUS MATERIALS FOR INMATES IN RESTRICTED HOUSING *UNITS*:

**11.1**  Any specific item can be denied for cause within restricted housing *units*.

**11.2**   Requested religious items must be submitted through the Chaplain.

**11.3**  Restricted housing *unit* policies will guide specific religious materials approval.

## 12. DIETS, FASTS, SPECIAL HOLY DAY MEALS:

**12.1**  Any special diets for religious reasons will be described in the <u>Handbook</u>.

**12.2**  An "Alternate Entree Diet" (vegetarian) is available to all inmates who limit their meat intake with the requirement that the inmate must sign the cafeteria roster and eat at least 90% of all meals from this line. This diet will meet the meat restricted requirement of all faith groups. Inmates who want to choose this meal will make their request known to the institutional Chaplain or Warden/designee. (If no Chaplain is assigned, the Warden will designate the person responsible to manage these requests.) NOTE: Inmates whose classification status is Reception and Evaluation will not be allowed to choose this diet until they reach their assigned institution. **(4-ACRS-4A-03, 4-4319)**

**12.2.1**  Chaplains will provide a list of inmates approved to receive the Alternate Entree Diet to the Food Service Director on a periodic basis, a minimum of once a month.

**12.2.2**  The Food Service Director will be responsible for monitoring an approved inmate's receipt of Alternate Entree Diet. If an approved inmate misses more than 10% of his/her special meals in a one (1) month period, the Food Service Director or designee will notify the institutional Chaplain or designee. The institutional Chaplain will ensure that the inmate is notified in writing that s/he will be suspended from receiving the Alternate Entree Diet pursuant to the following schedule:

- first occurrence - two (2) month suspension;
- second occurrence - six (6) month suspension;
- third occurrence - permanent suspension.

All suspension notifications will include the effective dates of the suspension. The institutional Chaplain will forward a copy of the notice of suspension to the Food Service Director**.**

**12.3**  Recognized religions that observe required fasts (such as Lent for Catholics or Ramadan for Muslims) will be assisted in the observance. Guidelines are provided in the <u>Handbook</u>. **(4-ACRS-4A-03,4-4319)**

**12.4**  Inmates will submit a written request to the Chaplain or Warden or designee for any religious diet needs not addressed in the <u>Handbook</u>**.**

SCDC (20819)-008

PS-10.05, "Inmate Religion"

## 13. GUIDELINES FOR THE USE OF FOOD IN RELIGIOUS PROGRAMS:

**13.1**  Food brought in for religious services must be approved by the Warden or designee.

**13.2**   Food items can be brought into the institution by volunteers (See SCDC Policy PS-10.04 "Volunteer Services Programs,") and/or purchased from a community vendor by purchase order from a special funds account. Under no circumstance will family members be approved to bring in food to any religious activity.

**13.3  Worship services:** Food items are not regularly used in most worship services, and specific approval must be obtained for exceptions (See Handbook). Common exceptions include: Christian Communion, Catholic Mass, special Wiccan Services, and Islamic Feasts.

**13.4  Study groups:** Religious education or study groups may be approved by the Warden or designee to have food items for special events. Meals or refreshments are limited to seasonal holy days or for events such as the completion of a course of study, or the departure of a long-term volunteer. Specific requests for a meal or refreshments will be submitted to the Chaplain.

**13.4.3** The Kairos four-day Walk includes full meals for all participants for the noon and/or evening meals on Friday, Saturday, and Sunday. These meals are prepared by the Kairos volunteers and brought into the institution at the mealtime. Most of the monthly Kairos Reunions and the two-day Retreats also include meals.

**13.4.4** The Jewish Seder Feast includes a full meal with specific items of symbolic importance.

## 14. DEATHS AND MEDICAL EMERGENCIES OF INMATES OR THEIR FAMILIES: (Changes in *GREEN*, amended by Change 4, dated November 1, 2017. **Please note sections 14.1 through 14.4 were reinstated and have been reinserted into this section.)**

*14.1   The Chaplain is responsible for obtaining the inmate's consent and information for notifying family/designated individuals in the event of the inmate's serious illness, injury, or death. SCDC Form 9-11, "Inmate/Resident Release of Information/Consent," will be filled out by each inmate during the institutional orientation upon transfer to a new institution.  This form will be filed in the inmate's institutional record.*

*14.2 When an inmate is seriously ill, seriously injured, or dies, the Warden/Duty Warden will contact the Chaplain to notify the inmate's family.*

*14.2.1  If an inmate is seriously ill, special arrangements may be made for the immediate family (as verified by one of the following:  the Offender Management System Inmate Relative Screen or the inmate's visiting list) to visit the inmate. The institutional Chaplain will coordinate these requests through the Warden/Duty Warden, the authorized SCDC medical staff, or assigned SCDC security supervisor at the hospital where the inmate patient is located.  The institutional Chaplain must complete SCDC Form 26-8, "Medical Emergency or Death of an Inmate."*

*14.2.2  The Chaplain will notify the designated family member of an inmate's death only after the doctor or coroner has verified the death. The family may claim the body and provide a funeral. If the family is not located or does not claim the body, SCDC will contact the funeral home to cremate the body. The family can claim the ashes, or they will be spread in the SCDC cemetery within 30 days after cremation. The institutional Chaplain will prepare SCDC Form 26-8, "Medical Emergency or Death of an Inmate." The form will be placed in the inmate's institutional record and a copy will be forwarded to the Chief, Pastoral Care Services Branch. (See SCDC Policy/~~Procedure~~ HS-18.04, "Inmate Death.")*

*14.2.3  The Chaplain will arrange for the next of kin to receive any possessions of the deceased inmate. If the next of kin cannot be located, the Chaplain will ensure the appropriate disposition of the inmate's property as specified in SCDC Policy OP-22.03, "Authorized Inmate Property and Disposition of Unauthorized Property," section 10.*

9/50

**SCDC (20819)-009**

PS-10.05, "Inmate Religion"

*14.3  When an immediate family member (parent, parental substitute, sibling, spouse, child, grandparent or grandchild) as verified by the Offender Management System is seriously ill to the point of imminent death or dies, a Chaplain will notify the inmate and may let the inmate speak to the family by phone. The Chaplain will complete SCDC Form 26-7, "Medical Emergency or Death of an Inmate's Family Member."*

*14.4  For SCDC inmates who are housed at designated facilities, the Designated Facilities Specialist will serve as liaison to ensure that these procedures are properly followed. In situations which require interpretation or approval for non-routine circumstances, the Division Director of Compliance, Standards and Inspections, will be the responsible authority. The responsible authority will notify the designated family member of an inmate's death only after the doctor or coroner has verified the death. The family may claim the body and provide a funeral. If the family is not located or does not claim the body, SCDC will contact the funeral home to cremate the body. The family can claim the ashes, or they will be spread in the SCDC cemetery within 30 days after cremation. The institutional Chaplain will prepare SCDC Form 26-8, "Medical Emergency or Death of an Inmate." The form will be placed in the inmate's institutional record and a copy will be forwarded to the Chief, Pastoral Care Services Branch. (See SCDC Policy/~~Procedure~~ HS-18.04, "Inmate Death.")*

*14.5  Inmates may elect to either visit select family members in the hospital prior to the family member's imminent death or to attend the viewing or funeral service, <u>not to include</u> graveside services, upon the death of select family members at their own expense, subject to the approval of the Agency. The following conditions must be met in order to approve an outside bereavement request:*

> *14.5.1  There must be no security risk to the public or the institution or medical/dental considerations which prevent such action. Requests by inmates housed in RHU, SSR, or Death Row will be disapproved pursuant to SCDC Policy OP-22.10, "Transportation of Inmates Outside the Institution."*

> *14.5.2  Select family members whose imminent death, viewing, or funeral qualifies under this policy:*

- *The inmate's parent or parent substitute identified on an inmate's visitation list.*
- *The inmate's sibling.*
- *The inmate's spouse.*
- *The inmate's child.*
- *The inmate's grandparent.*
- *The inmate's grandchild.*

> *14.5.3  The location of the hospital visit, viewing, or funeral service must be in South Carolina.*

*14.6  The Institutional Chaplain will be responsible for fielding the initial call from the inmate's family and collecting information on the family member making the call. The Chaplain must verify either the illness or death of the alleged family member and the relationship between the ill or deceased and the inmate.*

> *14.6.1  When the inmate's family calls to notify of a family member's death or imminent death, the Chaplain must complete sections I, II, and III of SCDC Form 26-7, "Medical Emergency Or Death Of Inmate's Family Member." The Chaplain will note the necessary information for the inmate, the person providing the information, and the death or imminent death on the form.*

> *14.6.2  The Chaplain must verify the inmate's relationship with the ill or deceased family member using either the Offender Management System Inmate Relative Screen or the inmate's visitation list. If the ill or deceased is not on one of these lists, the request will be denied.*

> *14.6.3  The Chaplain must verify the select family member's illness or death.*

> *14.6.4  In the event of a hospital visit, the Chaplain will contact the hospital for permission to bring the inmate to the location on the specified date and time.*

SCDC (20819)-010

PS-10.05, "Inmate Religion"

**14.6.5   The Chaplain will denote verification of 14.6.2, 14.6.3 and 14.6.4 in section IV of SCDC Form 26-7. The Chaplain will also confirm that the inmate wishes to be transported and that the family and inmate agree to the transportation, including the necessary use of restraints, if applicable. Once the Chaplain has completed verification, both he/she and the inmate will sign the form.**

**14.7   The Institutional Business Manager or his/her designee will complete Section V, of SCDC Form 26-7, noting the inmate's classification and convictions, along with any disciplinary convictions within the past year. The Institutional Business Manager or his/her designee will indicate whether SCDC or an outside law enforcement agency will provide transport. If SCDC will provide transport, then the Institutional Business Manager or his/her designee will estimate the number of hours the Correctional Officers providing security will be needed and the mileage to and from the hospital, viewing or funeral location. Transportation by an outside law enforcement agency is discussed in section 14.9 below.**

**14.8   The inmate must have sufficient funds available to pay for the transportation requested, to include charges/fees, Correctional Officer and/or law enforcement escort, and all transportation costs. The inmate will be required to pay any incidental or consequential costs incurred by the Agency or any assisting law enforcement agencies due to transporting the inmate. (NOTE: The inmate must pay the Agency in advance for these services; the fee will be determined by the Institutional Business Manager or his/her designee. Transportation costs, based on current state travel reimbursement rates, will be paid by the inmate prior to transportation. Payments received will be transferred into the institutional budget by the Financial Accounting Division. The Warden or his/her designee will coordinate with the Financial Accounting Branch staff to receive these payments, as appropriate.)**

**14.8.1   The fee may be provided by a third party on behalf of the inmate. NOTE: <u>ONLY</u> approved money orders will be accepted for this fee. The money order will be made-out to SCDC and include the inmate's name, SCDC number and a description of the visit/service. The third party must hand-carry the money order to the Business Manager/designee or Chaplain/designee at the institution where the inmate is housed.**

**14.8.2   The fee to the inmate or third party must not exceed the actual expense incurred by the Agency.**

**14.8.3   If SCDC is providing transport, then the inmate will pay from his or her E.H. Cooper trust account. The Agency must notify E.H. Cooper to freeze the amount of funds equal to the required fee in the inmate's account so that those funds cannot otherwise be spent.**

**14.8.4   Payment must be received by close of business one (1) business day prior to the hospital visit, viewing, or funeral service.**

**14.8.5   If the inmate's family has arranged transport for the inmate with an outside law enforcement agency, then the inmate's family will pay the law enforcement agency directly.**

**14.9 If the inmate's family arranges with an outside law enforcement agency to transport the inmate to the requested hospital visit, viewing, or funeral service, then a member of Institutional Operations staff must verify this information with the designated outside law enforcement agency.**

**14.9.1 The Institutional Operations staff member must also verify that the County Sheriff in the county in which the hospital visit, viewing, or funeral will take place has been notified of the plan to transport.**

**14.9.2 In no instance will a Constable be allowed to transport an inmate for the purposes of this policy.**

**14.10   A member of Victim Services must notify the victim of the crime of which the inmate was convicted, or adjudicated guilty of committing, and notify the relatives of the victim who have applied for notification, when applicable, pursuant to SCDC Policy GA-02.05, "Victim-Witness Notification." This will be noted in Section VII of SCDC Form 26-7. (NOTE: Notification of the victim and the relatives of the victim who have applied**

SCDC (20819)-011

PS-10.05, "Inmate Religion"

*for notification must be made through an actual telephone call. The VINE system will not be used for these instances.)*

**14.11   The Warden or his/her designee will approve or disapprove the request for transport based on security considerations. Only requests pertaining to hospital visits upon imminent death of or attendance of funeral/viewing services for family members listed under section 14.5.2 of this policy will be considered. Disapproved forms will require a brief explanation of the disapproval.**

   **14.11.1   The Warden or his/her designee will approve/disapprove the request based on the funds available in the inmate's E.H. Cooper Trust Account and security considerations. The Warden or his/her designee will:**

- *Verify the inmate's ability to pay for all charges involved (travel and escort charges);*
- *Review the hospital's permission for the visitation, if applicable;*
- *Consider if the inmate has any STG affiliations;*
- *Consider the security/safety factors involved in the inmate's movements outside the institution; and*
- *Consider the inmate's escape history; or*
- *Approve or disapprove (with a brief explanation) the request based on the factors considered.*

   **14.11.2   If eligible for transport, then the Warden will designate if SCDC will provide the transport or not. If SCDC will not provide the transport, then the Warden will provide a brief explanation of the denial.**

**14.12   The following circumstances will always result in disapproval:**

- **the inmate has been convicted of a statutorily violent crime;**
- **the inmate has been convicted of a sex offense;**
- *The inmate is currently housed in RHU, SSR, or death row, as specified in ~~paragraph 1.1~~ section 14.5.1;*
- *The deceased or ill is not one of the family members defined under ~~paragraph 1.2~~ section 14.5.2;*
- *The deceased or ill is not listed on either the inmate's relative or visitation list;*
- *The inmate has had any disciplinary convictions within the past year;*
- *The community is in opposition to the inmate's transport.*

**14.13   If eligible for transport, then the inmate will be required to wear his or her SCDC or other designated facility uniform for the duration of the transport. Restraints will be used in accordance with SCDC Policy OP 22.10, "Transportation of Inmates Outside the Institution."**

   **14.13.1 Definitions:**

   *Hospital may include a hospice facility or other medical facility.*

   *Institutional Chaplain refers to a staff member assigned to an institution to coordinate and facilitate religious programs for all recognized inmate faith groups and to assist inmates in the practice of their religious faith. At those institutions where no Chaplain is assigned, the Warden or a designee will assume the responsibilities of the Chaplain as outlined in this policy.*

**15. CHAPLAINS SUPPORTED BY COMMUNITY RESOURCES**:

*15.1* The Chief, Pastoral Care Services Branch, will evaluate all proposals of individuals or community groups who offer to provide Institutional Chaplaincy services with private support. **(4-4516)**

*15.2* Any proposal will be submitted to the Chief, Pastoral Care Services Branch, and will include a description of the services, institution(s) to be served, expectations of SCDC, access to provided services, institutional supervision, etc.  The Chief, Pastoral Care Services Branch, will evaluate the request with the Warden(s) and

SCDC (20819)-012

PS-10.05, "Inmate Religion"

Chaplain(s) of the appropriate institution(s) and, if there is general concurrence, a contract describing the service will be submitted to the Agency Director through the Director for Program and Services, the Office of General Counsel, and the Division Director of Inmate Services. Chaplains approved to work under contract will be required to complete SCDC Form 16-24, "Service Provider/Non-Employee Background Check," and SCDC Form 15-20a, "Replacement Request and Authorization"; attend and complete the required employee orientation; and attend and complete any subsequent training requirements. Contract Chaplains will receive an SCDC identification card that will provide them access to the institution. Contract Chaplains who work full time in institutions will receive the SCDC tort liability protection. The designated institutional Chaplain supervisor will maintain a confidential personnel file on the employee.

## 16. VOLUNTEER CHAPLAIN'S ASSISTANTS:

A Volunteer Chaplain's Assistant will usually be a local community minister who will assist the institutional Chaplain (or a Warden in facilities without an assigned Chaplain). The Volunteer Chaplain's Assistant will be responsible for following all policies and guidelines that regulate institutional Chaplains. The Volunteer Chaplain's Assistant will be approved to provide services at an institution with the concurrence of the institutional Chaplain and the Warden. The schedule of services provided and the responsibilities will be determined at the institution. The Volunteer Chaplain's Assistant will be considered a "regular volunteer" pursuant to SCDC Policy/Procedure PS-10.04, "SCDC Volunteer Services Programs." The Volunteer Chaplain's Assistant *may* receive an SCDC identification card.

## 17. CHAPLAIN APPRENTICES:

A Chaplain Apprentice will usually be a person who chooses to work full time for a limited period of time as part of a mission appointment of his/her church. The Chaplain Apprentice will be responsible for following all policies/procedures that regulate institutional Chaplains. The Chaplain Apprentice will be approved to provide services at an institution with the concurrence of the institutional Chaplain and the Warden. The schedule of services provided and the responsibilities will be determined at the institution. The Chaplain Apprentice will be considered a registered volunteer; pursuant to SCDC Policy/Procedure PS-10.04, "SCDC Volunteer Services Programs."

## 18. SPECIAL FUNDS ACCOUNT:

**18.1** Each institution may maintain one (1) Religious Special Funds Account (220600).

**18.2** Deposits to this account may come from all recognized religious groups to be used for religious purposes. Inmates, their family members, and volunteers may make contributions. There will be no fund-raising activities for these accounts.

**18.3** Inmates can pledge to contribute in worship services, and the contribution will be recorded in a method approved by the Warden. Volunteers can make contributions by check either during a worship service or by mail. The Chaplain will maintain a record of the contributions of volunteers. All funds collected will be deposited into the institution's religious fund. *Contribution(s) should not go against an inmate's weekly spending limit.*

**18.4** The funds collected will be used to provide for the religious programs at institutions. Common purchases include: Holy books**,** religious literature, sound equipment, musical instruments, hymn books, sacramental equipment, *office equipment* and *program* supplies, religious education materials, charitable contributions, greeting cards, and food for special religious observances. South Carolina user tax will be applied as appropriate. (Changes in RED amended by Change 5, dated August 22, 2018).

**18.5** The institutional Chaplain will manage the Religious Special Funds Account. All purchases will be submitted by the Chaplain, with the approval of the Warden or designee, to the Special Funds Accounting Section. All other procedures for Special Funds Accounts will apply. (See SCDC Policy ADM-15.06, "Special Funds Accounts.")

13/50

SCDC (20819)-013

PS-10.05, "Inmate Religion"

**19. CHAPEL CONSTRUCTION** : An institution can initiate a project to raise funds to construct a chapel by the following procedure:

**19.1** Determine the need for the facility and submit a request through the Warden, the Chief, Pastoral Care Services Branch, the Division Director of Inmate Services, and to the *Deputy* Director for Program*s* and Services to develop a community group to manage the fund raising. A possible location for a building, the size, and the approximate cost of construction must be included in this request.

**19.2** If the request is approved, a group of interested persons, not employed by SCDC, can organize into a tax-exempt "Chapel Corporation," non-profit 501(c)(3). Each Chapel Corporation can begin to solicit funds after the process of incorporation has been completed. **(**The institutional Chaplain will act in an advisory capacity.**)**

**19.3** The Division of Facilities Management will be consulted in the development of specific plans for the design of the chapel, the suitability of the building site, and the management of the request with the State Engineer.

**19.4** When adequate funds have been collected to complete the project and all approvals have been received from the State Engineer, sufficient funds to construct the chapel will be submitted to the South Carolina Department of Corrections, which will manage the construction phase.

**19.5** Any funds that remain after completion of the construction will be returned to the Chapel Corporation and can be used to provide furnishings for the building. All other unused funds, if any, may be contributed to another institutional chapel project after the project has been closed out.

**20. DEFINITIONS:**

**Chaplain Apprentice** refers to a person who provides chaplaincy services as part of a short-term mission appointment.

**Contract Chaplain** refers to clergy whose compensation is provided by community resources but who delivers all the services of an institutional Chaplain. The Contract Chaplain, as a service provider, will have an SCDC identification card.

**Institutional Chaplain** refers to a staff member assigned to an institution to coordinate and facilitate religious programs for all recognized inmate faith groups and to assist inmates in the practice of their religious faith. At those institutions where no Chaplain is assigned, the Warden or a designee will assume the responsibilities of the Chaplain as outlined in this policy/procedure.

**Volunteer Chaplain's** Assistant refers to a clergy or Clinical Pastoral Education Student who provides many of the services of an institutional Chaplain on a voluntary basis without compensation.

**s/Bryan P. Stirling, Director**

**Date of Signature**

**ORIGINAL SIGNED COPY MAINTAINED IN THE OFFICE OF POLICY DEVELOPMENT.**

**SCDC (20819)-014**

PS-10.05, "Inmate Religion"

# SOUTH CAROLINA

# DEPARTMENT OF CORRECTIONS

# HANDBOOK OF INMATE RELIGIOUS PRACTICE

**2015 Edition**

**TABLE OF CONTENTS**

Al-Islam (Muslim)

Buddhism (Tibetan Buddhism)

Christianity

Roman Catholic

Protestant

House of Yahweh

Native American

*Odinism/Asatru*

Rastafarian

*Shetaut Neter*

*Unitarian Universalist*

Wicca

World Deist Society

Faiths Recognized but Not Requested

SCDC (20819)-015

## INTRODUCTION

This <u>Handbook</u> is intended for use by Chaplains in the South Carolina Department of Corrections (SCDC), and other staff as needed. This <u>Handbook</u> is a supplement to the SCDC Policy/Procedure PS-10.05, "Inmate Religion," and will be included in the Appendix to the Policy/Procedure.

Even though the guidelines for the approved faith groups are extensive, the complexity of managing various faith practices will often require interpretation and consultation. If there is any uncertainty about the management of any faith practice, contact the Chief, Pastoral Care Services Branch, for assistance.

### AL-ISLAM (MUSLIM)

**1.** Al-Islam is a very structured faith with many specific requirements for believers. There are set times for daily prayers, a set time for congregation worship or prayer, and a set period of time for fasting. The essential nature of many of the practices have resulted in periodic problems with the management of this faith. As with all faiths, the SCDC is committed to allowing the group to practice the beliefs within the limitations necessary in a correctional system. The nature of the essential beliefs do provide a means to measure sincerity of practice. Since the requirement to attend the Friday prayer is essential, regular attendance at that activity will be used to determine the rights to the specific privileges provided for Muslims.

**2. Beliefs:** Al-Islam is a faith directed by belief that there is but one God, Allah, and that Muhammad (p.b.u.h.) is the last prophet, and that the Qur'an (Koran) is Allah's revelation. The Qur'an and the life example of Muhammad (Sunnah) are the two main sources of authority in Islam. There are seven essential doctrines about which all Muslims agree:

- The belief in one God, Allah.
- The belief in the angels of Allah.
- The belief in the Books of Allah, which include the Torah, the Psalms, the Gospels of Jesus, and the Qur'an (Koran), as they were originally revealed.
- The belief in the Messengers of Allah, which include Adam, Noah, Abraham, Moses, David, and Jesus, but Muhammad (p.b.u.h. - peace be upon him) is considered the last prophet or messenger, or "seal of the prophets."
- The Day of Judgment, where people will receive the reward (heaven) or punishment (hell) for their deeds on earth.
- Predestination or supremacy of Divine will.
- Life after death.

**3.** While there is general unity of belief in Islam, there are some sectarian differences. In order for these different groups to share a common Jumu'ah prayer service and regular study groups, all sermons (khutbahs) and teachings must be from the essential beliefs of Islam, not from subjects where there are disagreements.

**4. Essential Practices:** The essential practices of Al-Islam are described in the "Five Pillars of Islam," which are listed below and described in the following sections:

- Initial Commitment (Shahadah) - A testimony or a statement of witness: "There is no god but Allah, and Muhammad is the messenger of Allah," which is the initial step of becoming a Muslim.
- Prayer (Salat) - Five daily prayers, or the times that a believer is in direct communication with Allah.
- Alms (Zakat) - Charity or gifts for the welfare of the community.
- Pilgrimage (Hajj) - Pilgrimage to Mecca at least once during the believer's lifetime unless health or economic means prevent the trip.
- Fasting (Sawm) - Abstaining from food and drink during the daylight hours of the month of Ramadan. The purpose of the fast is for the believer to become more God-conscious.

**5. Recognition of Muslim Inmates:**

16/50

SCDC (20819)-016

PS-10.05, "Inmate Religion"

**5.1** The requirements for practice by Muslims are specific and essential, and the courts have regularly recognized this by ruling, for example, that the Friday congregational prayer, Jumu'ah, is a required service. This absolute requirement provides an opportunity to verify Muslims by attendance that is not available with all faith groups.

**5.2** To be identified as a Muslim and receive the privileges of diets, fasts, and Eid feasts, all general population inmates must attend at least 75% of the Jumu'ah services. To verify their attendance, the inmates must personally sign a roster, and a staff member should be present to monitor the roster and to ensure that those who sign also actually make prayer.

**5.3** Inmates in a *Restrictive Housing Unit (RHU),* who decide to become Muslim will be interviewed by the institutional Chaplain to make a preliminary verification, and then will be referred to a Muslim Chaplain for a final verification. The institutional Chaplain can approve or deny the request based on the inmate's basic knowledge of Al-Islam.

## 6. Initial Commitment or Shahadah:

Any inmate can designate Al-Islam as the faith of choice at a Reception and Evaluation Center or at any time afterward. The approval for privileges as a Muslim will be determined by participation in Jumu'ah, except in an *RHU*, where attendance is not permitted. Inmates in *RHU* who claim to be Muslim will require validation by a Muslim Chaplain to receive the privileges.

## 7. Daily Prayers or Salat:

**7.1** There are five times that Muslims gather daily to make prayer:

- Fajr - from dawn or first light until just before sunrise;
- Zuhr - from just after midday until afternoon;
- Asr - from late afternoon until just before sunset;
- Maghrib - from sundown until daylight ends; and
- Isha - during the hours of darkness.

**7.2** The preferred time for a Muslim to make a prayer is at the time the prayer is scheduled to begin, and normally all prayers should be completed during the first half of the time period.

**7.3**. Inmates may be allowed to meet as a group for some of the daily prayers depending on space, controlled movement, and level of security, but the prayers can be made by individuals.

**7.4** The noon (Zuhr) and afternoon (Asr) prayers are most likely to be requested for Muslims to meet for community prayers. These prayers can be made by groups in dorms or on work assignments, if space is available.

**7.5** A Muslim prepares for prayer by a ritual cleansing or ablution called wudu. The cleansing and prayer can usually be accomplished in about twenty (20) minutes.

**7.6** A reasonably quiet clean location is needed for a Muslim to pray. Muslims stand, kneel, and put their forehead to the ground in making prayer, so the area provided needs to have open floor space. Muslims face the East (toward Mecca) to make prayer. Muslims are opposed to worship of idols, and any designated areas for prayer will be free of pictures and religious symbols, especially in the direction that the inmate faces. Employees will avoid walking in front of Muslims while prayer is being made.

**7.7** The Friday noon prayer, called Jumu'ah, requires a congregational meeting for all Muslims. No other faith group has this absolute time requirement for a congregational worship. The time for this prayer is always just after the sun has passed midday. Since this event changes one hour during daylight saving time, this meeting time changes throughout the year.

SCDC (20819)-017

PS-10.05, "Inmate Religion"

- The Jumu'ah service will last one (1) hour, and there needs to be a quiet clean room with adequate space for the participants. The service includes a sermon (khutbah) and prayer.
- Since participation in Jumu'ah is a requirement for all Muslims, inmates will be allowed to attend unless they are in an *RHU*, in the infirmary, or away from the institution on work assignment.

Inmates who regularly work away from the institution should be allowed to participate in Jumu'ah whenever possible. When the inmate is unable to attend, he/she will be allowed to make prayer at the work site.  Inmates who work in industries will be allowed to attend. Muslim inmates will be allowed to make up the missed work at another time (possibly cleaning the work area after hours), or the inmate should be moved to a second shift (when possible). (NOTE: Supervisors must not allow overtime.)

**8. Offering or Zakat:** Any offering or collection for charity will be coordinated with the Chaplain and approved by the Warden.

**9. Fast or Sawm**: All Muslims fast during the month of Ramadan, the ninth month of the Islamic calendar. The dates of this fast change each year, so the fast will eventually rotate through all the months of the year. The fast prohibits eating, drinking, and smoking from dawn to sunset. Travelers and the sick can defer fasting and make up the missed days at a later time. Unintentional eating or drinking due to forgetfulness does not invalidate the fast for the believer.

**9.1** A schedule of the dates and times for meals during Ramadan will be distributed by the Senior Muslim Chaplain and the Chief, Pastoral Care Services Branch, thirty (30) days before the beginning of Ramadan. Food Service will provide a morning meal before the Fajr or dawn prayer and an evening meal after the Maghrib or sunset prayer. (See these prayer times on Al-Islam that follows this section of the <u>Handbook</u>.)

**9.2** The special meals will be provided to practicing Muslims who meet the attendance requirement or, for those in an *RHU*, who have validated their faith choice with the Senior Muslim Chaplain.

**9.3**  Inmates who enter the SCDC after the fast begins and who indicate that they are of the Islamic religion will be added to the approved list.

**9.4**  Some Muslims believe that certain medical interventions should not occur during Ramadan. Most Muslims will object to any nutritional intravenous feeding during the fast, and some may even object to certain medical diagnostic tests, such as a test for tuberculosis. In emergency situations, all medical intervention is accepted. No interference with any medical tests will be allowed in the processing at a Reception and Evaluation Center. Technical assistance can be provided by the Chaplain or the Senior Muslim Chaplain.

**9.5** A "Night of Power" is observed by Muslims during Ramadan. This observance will follow the evening meal on an odd-numbered night of the last ten (10) days of Ramadan. A special two-hour worship service will be allowed, and details must be coordinated with the Chaplain at least five (5) working days in advance.

**10. Feasts or Eids**: There are two feasts or Eids that are celebrated by all Muslims, the Eid-Ul-Fitr (Idul-Fitr) and the Eid-Ul-Adha (Idul Adha). Both feasts are times of congregational prayer, thanksgiving, and celebration. The Eid-Ul-Fitr is celebrated within three (3) days of the end of the Ramadan Fast, and the Eid-Ul-Adha is celebrated about ten (10) weeks later.

**10.1** A memorandum will be distributed by the Senior Muslim Chaplain and the Chief, Pastoral Care Services Branch, at least three (3) weeks before the approved date for a feast.

**10.2**  The feasts will be celebrated at each institution where requested and will include a morning service from 8:30 a.m. till 10:00 a.m., and a special three (3) hour evening celebration (scheduled at the institution). The lunch or dinner meal will be a special meal for all inmates who are participating. Inmates will return to work assignments after the morning service.

**SCDC (20819)-018**

**10.3**  Volunteers will be allowed to bring in refreshments for the evening service as outlined in Section 13 of this policy.

**10.4**  Inmate participation for both feasts will be limited to those inmates who participate in Jumu'ah (75% attendance) and, for the Eid-Ul-Fitr, to those inmates who have participated in the fast.

**11. Pilgrimage to Mecca or Hajj:** Inmates will not be permitted to fulfill this practice while incarcerated.

**12. Study groups:** Islamic study classes can be scheduled to teach the beliefs and practices.

Whenever possible, the classes will be taught by a Muslim Chaplain or volunteer, but since there are limited numbers of Muslim Chaplains and volunteers, some classes may be presented by inmates. Normally there will be no more than two (2) classes weekly, and they will not last longer than two (2) hours.

**13. Diet:** The Muslim faith prohibits the eating of pork or any derivative of pork.

**14. Name:** If a Muslim inmate legally changes his/her name for religious reasons, a copy of the official record will be given to the Warden or designee.  Refer to SCDC Policy/Procedure OP-21.09, "Inmate Records Plan," for information on legal name changes.  The new name will be used by SCDC employees in all written correspondence.  The inmate may be verbally addressed by the name of commitment.

**15. Clothing:** All inmates wear uniforms, and no special clothing will be allowed. Muslim inmates may wear a *white* kufi ~~while praying or during Muslim services~~ *head covering throughout the facility, indoors and outdoors.* ~~The kufi must be small enough to fit into the uniform pocket, and it will be kept in the room or carried to and from service in the pocket except during the times noted.~~ (Muslim women may have a scarf instead of a kufi.) *Kufis shall be available for purchase only through the Canteen so as to maintain the uniformity of the kufi. Muslim inmates may have two (2) kufis in their property. NOTE: Muslim inmates housed in RHU will be permitted to have only one (1) Kufi during their stay in RHU. Muslim inmates are prohibited from storing or carrying any item(s) under the kufi while worn. Staff may require an inmate to remove and may search head covering at any time for security purposes. A Muslim inmate's privilege of wearing a kufi may be revoked if the inmate is found guilty in a disciplinary proceeding of abusing the privilege by hiding contraband under the kufi, violating this policy, or misusing the kufi in any other manner.* (Changes in BLUE amended by Change 2, dated July 10, 2017.)

**16. Religious Medallions:** Muslims strictly prohibit all forms of symbolism, so there will be no medallions approved. Muslims often use prayer beads to assist in counting during prayer, and these will be permitted as long as their size and construction do not present a security concern. The prayer beads will not be worn.

**17. Prayer Rug:** Since one of the positions for Muslim prayer is kneeling, Muslims will be allowed to have a "prayer rug" to use for prayer. The prayer rug is usually about the size of a large towel, and a towel can be used as a substitute. A prayer rug does not have to be fire retardant. The rug may be searched as needed and must be kept in the inmate's locker when not in use.

**18. Religious Literature:** The Qur'an (Koran) and Hadith are the two most important books for Muslims, and these and other literature will be allowed subject to the limitations of policy (SCDC Policy PS-10.05, "Inmate Religion"). The Qur'an is considered as sacred by Muslims, and any search will be done with respect.

**19. Oils and Incense:** In some countries, Muslims use oil and incense during congregational prayers.  Oil will be allowed if approved by the Warden.  One stick of incense can be used in the Jumu'ah service. Oil and incense must be kept by the Chaplain and provided at the time of the service.

**20. Body Searches and Exposure of the Body:** The Islamic practice is one of extreme modesty about the exposure of the body, which is contrary to the lack of privacy that is necessary in institutions.

**20.1** Whenever possible, Muslim inmates should be allowed to keep the body covered (i.e., inmates in segregation should be allowed to wear some clothing (undergarments) to the shower, or cover themselves with a

PS-10.05, "Inmate Religion"

towel).

**20.2** Whenever possible, shakedowns (including frisking) should be done by an officer of the same sex.

## 21. Leadership:

**21.1** A Senior Muslim Chaplain will be employed in the central office to coordinate all Islamic programs and activities. The Senior Muslim Chaplain will be responsible for all decisions relating to the following:

- Recruit and supervise Muslim Chaplains when positions are available;
- Recruit Muslim volunteers and assist institutional Chaplains in their supervision;
- Provide technical assistance about the Islamic religion to all staff and inmates;
- Determine dates for the Ramadan Fast and the Eid feasts; and
- Provide direct leadership to Muslim study in all institutions.

**22.2** Other Muslim Chaplains will be employed as the needs are determined by the number of Muslim inmates. These Chaplains can be assigned to the central office or to an institution. Muslim Chaplains assigned to an institution will share all of the responsibilities of any Chaplain.

**22.3 Inmate Muslim Coordinator:**

Since there is not a Muslim Chaplain at most institutions, an inmate will be selected by the Muslim inmates to serve as an Inmate Muslim Coordinator. This Coordinator must be approved by the Senior Muslim Chaplain and the Warden. The Inmate Muslim Coordinator will have the responsibility to meet regularly with the Chaplain to manage schedules and needs of the group. The Inmate Muslim Coordinator or another qualified inmate can lead the prayer in the Jumu'ah service. The leader of congregational prayer is called an Imam, and any person who leads the prayer will technically fulfill that role in that service. However, the term Imam often refers to a person identified in a Masjid (Mosque) who is legally recognized to perform marriages and assume the role of clergy. Since no inmates are allowed to function in the role of clergy, none of them will be recognized as an Imam. When a Muslim Chaplain or volunteer is not available to teach study groups or deliver the sermon (khutbah) at Jumu'ah, qualified Muslim inmates will be allowed to provide the leadership for the activity.

## BUDDHISM (TIBETAN BUDDHISM)

(**NOTE:** The specific religion requested for recognition was Tibetan Buddhism. However, just as Protestants are not recognized by denomination, Buddhism is considered the generic faith, and the variety of Buddhist groups, including Tibetan Buddhism, will share in common institutional services.)

## 1. History and Beliefs of Buddhism:

**1.1** Buddhism began in India in the Sixth Century B.C.E. (before the common era), probably as a reformed movement against the ritualism, polytheism, and caste distinctions in Hinduism. Siddhartha Gautama, 560-480 B.C.E., was the founder of the religion. The son of a clan ruler, Gautama was shielded from the suffering of the outside world until the age of twenty-nine when he saw "Four Passing Sights," an old man, a corpse, a sick person, and, then a monk. He was so shocked by the reality of suffering that he left his home and family and became a monk. After a six year struggle for truth, he was meditating one day and attained the "enlightenment," or omniscience, or perfect knowledge, and became a Buddha. After a period of temptation, he began to preach, won converts, and formed a brotherhood of monks which became the basis for the new religion.

**1.2** The monks learned a chant, which ends with the Three Treasures of Buddhism:

How fortunate I was to be born a human being! It is the hardest of the hardest things to be born a human being. Again how fortunate I was given a chance to know Buddhism! It is also very seldom that one is given a chance to know it. Therefore, if I could not attain enlightenment in the present life, I would not ever be able to attain the

**SCDC (20819)-020**