UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

Darryl Keith Louis Jr., ) C/A No. 1:25-2958-BHH-SVH
   Plaintiff, ) SUPPLEMENTAL DECLARATION
     v.       OF
Joel Anderson, ) DARRYL KEITH LOUIS JR.
   Defendant. )

I, Darryl Keith Louis, Jr., declare/state as follows:

1) I am the Plaintiff in the above captioned case.

2) Just one day after the Magistrate filed her R&R, I was transferred from Kirkland Reception & Evaluation Center.

3) Before boarding the bus for transfer, SCDC's Major of the Division of Security gave me a directive to remove my kufi, stating that "kufis are not allowed to be worn while on transportation rides".

4) I complied with his order and then boarded the bus for transfer to Trenton Correctional Institution.

5) I am housed with all of the other Minimum Custody Security Level Inmates, in an open ward, absent any locked cells.

I declare under penalty of purjury that the above-mentioned is true/correct. Executed this 3rd day of November, 2025, in Trenton, S. Carolina,

Darryl Louis
Darryl Louis