UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

RECEIVED
U.S.D.C. - CHARLESTON, SC
2025 DEC 18 PM 12: 11

Darryl Keith Louis Jr., | C/A No. 1:25-2958-BHH-SVH
        Plaintiff, | PLAINTIFF'S OPPOSITION
        v. | TO DEFENDANT'S MOTION TO
Joel Anderson, | DISMISS OR ALTERNATIVELY
        Defendant. | FOR SUMMARY JUDGMENT

Plaintiff, Darryl Keith Louis Jr, A.K.A. "Sadiq", opposes the "Motion To Dismiss or Alternatively For Summary Judgment" of defendant and states the following in support of his opposition.

## SUMMARY JUDGMENT STANDARD

A Motion For Summary Judgment to Rule 56, Fed. R. Civ. P., is appropriate when there exists no genuine issue as to any material fact and a decision ~~made~~ may be rendered as a matter of law. Celotex Corp. v Catrett, 477 U.S. 317 (1986). A genuine issue of material fact exists only "if there is such a reasonable jury could return a verdict for the nonmoving party". Hixson v Moran, 1 F 4th 297, 302 (4th Cir. 2021). "Additionally, all reasonable factual inferences must be drawn in favor of the nonmoving party". Id.

## ARGUMENT

Summary Judgment should be denied because there is a genuine issue of material fact as to (1) the defendant's claim that Sadiq "has not and cannot make a proper showing that the Ex parte Young Stripping doctrine is applicable to allow an award of prospective injunctive relief against ~~the~~ Anderson"; and ② the defendant's claim that Sadiq "has not presented a RLUIPA claim that is justiciable and ripe for adjudication by this Court."

Under Rule 56(c) Summary Judgment is proper "if the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to a judgment as a matter of law." Celotex Corp. v. Catrett, 477 U.S. 317, 22.

pg. 1 of 2

The defendant has also filed a **memorandum** In Opposition To Plaintiff's Motion For Summary Judgment which essentially argues the same claims in his Motion To Dismiss or Alternatively For Summary Judgment. Since Sadiq has already addressed these arguments in his Reply To Defendant's Memorandum In Opposition To Plaintiff's Motion For Summary Judgment he reiterates/incorporates those arguments from his Reply herein. Also, Sadiq reiterates/incorporates arguments from his Second Motion For Summary Judgment herein, without waiving any citations, affidavits, or supporting documentations.

Notwithstanding the previously mentioned, but Sadiq specifically addresses the elements of the RLUIPA claim in the instant suit, as well as his assertion of there being no material issue of genuine fact in dispute, in his Second Motion For Summary Judgment. Accordingly, the defendant is not entitled to a dismissal of this action nor has he proven there exists a basis for proceeding to trial.

"The purpose of Summary Judgment is not to resolve factual issues, but to determine if there are genuine issues of fact to be tried", Beckett v Ford, 613 F. Supp. 2d 970, 977 (N.D. Ohio 2009) citing Abercrombie Fitch Stores, Inc. v. Am. Eagle Outfitters, Inc., 130 F. Supp. 2d 928, 930 (S.D. Ohio 1999). Therefore, genuine issues of material facts in favor of the nonmoving party exists in terms of ① the defendant being liable under 42 USC §1983; ② the defendant violating Sadiq's Constitutional Right in his official capacity; ③ the defendant authorizing a policy that substantially burdens Sadiq's exercise of Religion; ④ and that the Religious Policy is not the least restrictive means of furthering a governmental interest. Therefore, the defendant's Motion should be denied.

## CONCLUSION

Based on the reasons above & pursuant to the Summary Judgment Standard of Rule 56 of the FRCP, "If a reasonable juror looking at the evidence in light most favorable to the non-movant could draw more than one inference about a material fact from it, Summary Judgment must be denied." Abdelgheny v Moody, (S.C. App. 2020) 433 S.C. 346, 852 S. Ed 225. Accordingly, Sadiq requests this Court to deny defendant's "Motion To Dismiss or Alternatively For Summary Judgment".

12/12/2025

Respectfully Submitted,

Darryl Keith Louis Jr
TrCI / 3D-09
84 Greenhouse Rd,
Trenton, SC 29847
Pro Se

pg. 2 of 2