United States District Court
District of South Carolina

Darryl Keith Louis Jr.,
            Plaintiff,

    v.

Joel Anderson,
            Defendant.

C/A No. 1:25-cv-2958-BHH

NOTICE OF APPEAL

RECEIVED
USDC CLERK, COLUMBIA, SC
2026 APR 16 PM 12:32

Notice is hereby given that Darryl Keith Louis Jr., A.K.A. "Sadiq", plaintiff in the above named case, hereby appeal to the United States Court of Appeals for the 4th Circuit from the final judgment dismissing Plaintiff's Motion For Summary Judgment, and dismissing Plaintiff's Motion For Preliminary Injunction and Temporary Restraining Order without prejudice; aswell as granting Defendant's Motion To Dismiss entered in this action on the 26th. day of March, 2026, (ECF 98).

                    Respectfully Submitted,

                    Darryl Keith Louis Jr.
                    Darryl Keith Louis Jr.
                    TrCI/3D-09
                    84 Greenhouse Rd.
                    Trenton, SC 29847
                    Pro Se

April 3, 2026